UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---:|---|
| **Debtor:** | WILLY H. SUWANDY & MARLINA LUKMAN |
| **Case Number:** | 21-01378-LT11   **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 09, 2021 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | RUSSELL PALUSO |
| **Reporter / ECR:** | SUE ROSS |

### Matter:

MOTION TO EXTEND, OR, IN THE ALTERNATIVE, FOR DISMISSAL, WITHOUT PREJUDICE, OR CONVERSION TO A REGULAR SMALL BUSINESS CHAPTER 11 FILED ON BEHALF OF MARLINA LUKMAN, WILLY H. SUWANDY

### Appearances:

NO APPEARANCES

### Disposition:

Granted pursuant to the Court's Tentative Ruling. Order to be submitted by Movants.